IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL DERRICK EDWARDS, ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 7:19cv00324 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WHITE, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) |          United States District Judge |
|     Defendants. ) | |

_____

For the reasons stated in the court's Memorandum Opinion, it is **ORDERED** that Plaintiff Michael Derrick Edwards's motion for summary judgment (ECF No. 279) is **DENIED**. This case will proceed to trial as previously scheduled.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 19th day of September, 2022.

                                                      */s/ Thomas T. Cullen*
                                                      HON. THOMAS T. CULLEN
                                                      UNITED STATES DISTRICT JUDGE