IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

MICHAEL DERRICK EDWARDS,

    Plaintiff,

v.                                    CASE NO.  7:19-cv-00324

WHITE, *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Derrick Edwards and Defendants D. Ball, Lisa Parks, and M.D. Dean, hereby file this joint stipulation of dismissal with prejudice, with each party bearing their own fees and costs.

Dated:       January 12, 2023

                                                Respectfully submitted,

                                                _____s/ Paul G. Beers_____
                                                Paul G. Beers (VSB No. 26725)
                                                Glenn, Feldmann, Darby & Goodlatte
                                                37 Campbell Avenue, S.W.
                                                P.O. Box 2887
                                                Roanoke, Virginia 24001-2887
                                                Telephone: (540) 224-8035
                                                Facsimile: (540) 224-8050
                                                Email: pbeers@glennfeldmann.com

                                                *Counsel for Plaintiff Michael Derrick Edwards*

                                                and

       /s/
Robyn Page Ayres, Esq. (VSB #48059)
Alexandra Dare Essig, Esq. (VSB #80412)
GOODMAN ALLEN DONNELLY PLLC
4050 Innslake Drive
Glen Allen, Virginia 23060
Phone: (804) 346-0600
Fax: (804) 346-5954
Email: rayres@goodmanallen.com
   dessig@goodmanallen.com

*Counsel for D. Ball & Lisa Parks*

       /s/
Joseph A. Piasta, Esquire
Virginia State Bar No.: 80801
JOHNSON, AYERS & MATTHEWS, P.L.C.
P. O. Box 2200
Roanoke, VA 24009
Telephone: 540-767-2071
Facsimile: 540-982-1552
Email: jpiasta@jamlaw.net

*Counsel for M.D. Dean*

   /s/ Stacie A. Sessoms
Stacie A. Sessoms (VSB No. 70876)
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 225-4486
Fax: (804) 786-4239
Email: ssessoms@oag.state.va.us

*Counsel for Defendants White, T. Musick, A. Murray, J.D. Ayers, M.C. Garcia, B.D. Robinson, Acosta, Lawson, Blevins, J. Murray, Halsey, Acord, Griffin, Dunning, Bilbrey, Mallory, and Adkins*

## CERTIFICATE OF SERVICE

I electronically filed the forgoing document with the Clerk of Court for the United States District Court for the Western District of Virginia on January 12, 2023, using the CM/ECF system, which will send notification of such filing to all CM/ECF registered attorneys on the NEF.

                                        /s/ Stacie A. Sessoms  
                                      Stacie A. Sessoms  
                                      Assistant Attorney General